UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KETIH ELLIOTT BAXTER, JR.,
        Plaintiff,

-vs-                                      Case No. 6:09-cv-350-Orl-18KRS

AUTOMATED GATE SYSTEMS, INC.,
CHARLES LEWIS, JR.,
        Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Judgment in Accordance with Defendant's Offer of Judgment and Plaintiff's Acceptance of Offer of Judgment. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **ADOPTED** and **CONFIRMED** and made a part of this Order. The Court **GRANTS in part and DENIES in part** the Motion (Doc. No. 46). Plaintiff may file a motion for attorneys' fees and costs within fourteen (14) days after entry of judgment in this case, but only after complying with Local Rule 3.01(g). Clerk of the Court shall enter Judgment for Plaintiff and against Defendants in the amount of $1,120.00 and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this 22 day of September, 2010.

                                                G. KENDALL SHARP
                                                Senior United States District Judge

Copies to:
Counsel of record